UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:17-cr-00097 |
| ) | |
| TERRENCE DEON REAMES ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Terrence Deon Reames' original and Supplemental Motions for Compassionate Release (Doc. Nos. 54, 63) are **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE